No. 83–6663.  FUGATE v. NEW MEXICO, 470 U. S. 904;

No. 84–16.  CORY ET AL. v. WESTERN OIL & GAS ASSN. ET AL., *ante*, p. 81;

No. 84–249.  SPENCER ET UX. v. SOUTH CAROLINA TAX COMMISSION ET AL., *ante*, p. 82;

No. 84–559.  PERALTA SHIPPING CORP. v. SMITH & JOHNSON (SHIPPING) CORP., 470 U. S. 1031;

No. 84–690.  UNITED STATES v. GAGNON ET AL., 470 U. S. 522;

No. 84–833.  BEAN DREDGING CORP. v. ALABAMA, 469 U. S. 1200;

No. 84–841.  KASHETTA v. KASHETTA, 469 U. S. 1191;

No. 84–939.  JAPAN AIR LINES CO., LTD. v. ABRAMSON, 470 U. S. 1059;

No. 84–5059.  RAMIREZ v. INDIANA, *ante*, p. 147;

No. 84–5507.  LAVONTE v. WALTER ET AL., 469 U. S. 1219;

No. 84–5736.  WHITE v. MARYLAND, 470 U. S. 1062;

No. 84–5770.  STULL v. UNITED STATES, 470 U. S. 1062;

No. 84–5870.  FINNEY v. GEORGIA, 470 U. S. 1088;

No. 84–6055.  HANSON v. RUTHERFORD ET AL., 470 U. S. 1055;

No. 84–6147.  MCNEAIR v. SUBURBAN HOSPITAL ASSN., INC., 470 U. S. 1086;

No. 84–6192.  BERTULFO v. OFFICE OF PERSONNEL MANAGEMENT, 470 U. S. 1057;

No. 84–6227.  MANKO v. UNITED STATES, 470 U. S. 1046;

No. 84–6243.  BETKA v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, 470 U. S. 1087; and

No. 84–6323.  FABIAN v. RYAN, 470 U. S. 1087.  Petitions for rehearing denied.  JUSTICE POWELL took no part in the consideration or decision of these petitions.

MAY 14, 1985

No. A–859.  DE LA ROSA v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  Application for stay of execution of sentence of death scheduled for Wednesday, May 15, 1985, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth